FILED
2005 Sep-19 PM 04:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

ANGIE CARTER, d/b/a FAIRVIEW  }
VIDEO, et al.,                }
                              }
      Plaintiffs,             }    CIVIL ACTION NO.
                              }    05-AR-1662-S
v.                            }
                              }
MGA, INC., d/b/a MOVIE        }
GALLERY, et al.,              }
                              }
      Defendants.             }
```

## MEMORANDUM OPINION

The complaint in the above-entitled action is identical, or virtually identical, to the complaint in *William Eric Clark v. MGA, et al.*, CV-05-AR-208-S, an action which this court finally dismissed on May 18, 2005, after earlier dismissals as to some of the defendants. The motions to dismiss filed in the above-entitled cause by defendants, MGA, Inc., United Parcel Service, Inc., Digital Sin, Inc. and LFP, Inc., contain the same arguments with which this court has previously agreed. Those arguments are again well taken, and the motions accompanying them are due to be granted. They will be granted by separate order.

DONE this 19th day of September, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE