```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION

ANGIE CARTER, d/b/a FAIRVIEW     }
VIDEO, et al.,                   }
                                 }
     Plaintiffs,                 }   CIVIL ACTION NO.
                                 }   05-AR-1662-S
v.                               }
                                 }
MGA, INC., d/b/a MOVIE           }
GALLERY, et al.,                 }
                                 }
     Defendants.                 }
```

**<u>MEMORANDUM OPINION</u>**

At this court's regular motion docket on November 18, 2005, defendant, Fraserside Holding, Ltd. ("Fraserside"), withdrew its challenge to this court's jurisdiction and submitted on its motion to dismiss pursuant to Rule 12(b)(6), F.R.Civ.P. Plaintiffs did not respond to Fraserside's motion to set aside the entry of default. Both Fraserside's motion to set aside the entry of default, and its motion to dismiss are well taken, and will be granted for the reasons stated in the earlier orders granting other defendants' motions to dismiss, as well as those presented by Fraserside. This will render moot Fraserside's motion to strike the exhibits plaintiffs attached to what they call "Answer to Motion to Dismiss".

An appropriate separate order will be entered.

DONE this 21st day of November, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE